Gov.Bar R. X(6)(C) shall not apply to this order; and announcement and publication of this order by the Supreme Court Reporter in the Ohio Official Reports and the Ohio State Bar Association Report shall constitute notice to the respondents.

*Monday, January 11, 1999*

## MOTION DOCKET

**97–2039. E. Canton Edn. Assn. v. McIntosh.**
Stark App. No. 96CA0293. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellants' motion for enlargement of time allocated for oral argument,

IT IS ORDERED by court that the motion be, and hereby is, granted, to the extent that oral argument is extended to twenty minutes per side.

**98–834. State ex rel. McIntosh v. Osnaburg Local School Dist. Bd. of Edn.**
Stark App. Nos. 97CA50, 97CA56 and 97CA60. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellants' motion for enlargement of time allocated for oral argument,

IT IS ORDERED by court that the motion be, and hereby is, granted, to the extent that oral argument is extended to twenty minutes per side.

*Wednesday, January 13, 1999*

## MERIT DOCKET

**98–2083. Maumee v. Weisner.**
Lucas App. No. L–97–1409. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

DOUGLAS, BRYANT, PFEIFER and COOK, JJ., concur.

MOYER, C.J., F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

## DISCRETIONARY APPEALS ALLOWED

**98–2016. Maumee v. Weisner.**
Lucas App. No. L–97–1409.

DOUGLAS, PFEIFER and COOK, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

*Thursday, January 14, 1999*

## MOTION DOCKET

**98–2507. Crowe v. Owens Corning Fiberglas.**
Cuyahoga App. No. 73206.
This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to withdraw motion for stay,

IT IS ORDERED by the court that the motion to withdraw be, and hereby is, granted.